**Order filed June 09, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00142-CR
_____

**ROBELIO AVILES-BARROSO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 337th District Court
Harris County, Texas
Trial Court Cause No. 1364839**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit 6, a 911 tape.**

The clerk of the 337th District Court is directed to deliver to the Clerk of this court the original of State's Exhibit 6, a 911 tape, on or before **June 19, 2015.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit 6, a 911 tape, to the clerk of the 337th District Court.


PER CURIAM